

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 20 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANTHONY D. AMAKER,

    Petitioner,

– against –

DANIEL SENKOWSKI, Superintendent,
Clinton Correctional Facility,

    Respondent.

**MEMORANDUM & ORDER**

99-CV-01255

**JACK B. WEINSTEIN, Senior United States District Judge:**

    In a thorough opinion, filed on September 25, 2003, Anthony Amaker's 1999 petition for a writ of habeas corpus was denied, as was a certificate of appealability, *See* Docket Entry 76.

    A motion for reconsideration was filed on August 18, 2003. *See* Docket Entry 77. It was denied on September 17, 2003. *See* Docket Entry 80.

    The Court of Appeals Mandate denying of a certificate of appealability was filed on May 17, 2004. *See* Docket Entry 82.

    On May 15, 2013 former petitioner, now a movant, informed the court that he had discovered that the entire record of his prior habeas corpus petition was never fully before the court. *See* Docket Entry 87. The court informed movant that it could not consider this letter because no request for court action was sought. *See* Docket Entry 86.

    By "notice of motion pursuant to Rule 60(b)(6)," movant, acting pro se, seeks an "order vacating the judgment rendered in the writ of habeas corpus pursuant to Rule 60(b)(6)." *See* notice and attachments filed August 28, 2003.



The magistrate judge is respectfully requested to promptly appoint counsel for petitioner.

A non-evidentiary hearing shall be conducted on November 15, 2013 at 10:00 A.M. Movant shall appear by telephone pursuant to arrangements made by Case Coordinator June Lowe.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: September 16, 2013
Brooklyn, New York

2